## BROUGHTEN v. THE STATE.

FISH, C. J. The special assignments of error in the motion for a new trial, on the admission of evidence and on the instructions of the court, were without merit. The evidence amply warranted the verdict, and no sufficient reason appears for reversing the judgment.

*Judgment affirmed. All the Justices concur.*

Submitted February 19,—Decided March 22, 1906.

Indictment for murder. Before Judge Littlejohn. Sumter superior court. January 8, 1906.

*Zack Childers* and *R. L. Maynard,* for plaintiff in error.

*John C. Hart, attorney-general,* and *F. A. Hooper, solicitor-general,* contra.

---

## THOMPSON v. THE STATE.

BECK, J. No errors of law are complained of. The evidence, though circumstantial, was sufficient to authorize a conviction, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted February 19,—Decided March 22, 1906.

Accusation of selling liquor. Before Judge O'Steen. City court of Douglas. December 7, 1905.

*J. J. Rogers,* for plaintiff in error.

*M. D. Dickerson, solicitor,* and *W. C. Lankford,* contra.